1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
9                        AT TACOMA

10  REBEKAH A. LONG,
11                      Plaintiff,                    CASE NO.    C07-5211 FDB
12       v.
                                                      ORDER ADOPTING REPORT
13  MICHAEL J. ASTRUE, Commissioner of                AND RECOMMENDATION
    Social Security,                                  REMANDING FOR FURTHER
14                                                    ADMINISTRATIVE
                        Defendant.                    PROCEEDINGS
15

16

17       This matter comes before the Court on the Report and Recommendation of the Magistrate Judge

18  that the decision of the Commissioner determining Rebekah Long to not be disabled be remanded to the

19  Commissioner for further administrative proceedings.  The Plaintiff concurs with the Magistrate Judge's

20  recommendation for remand for further administrative proceedings.  However, Plaintiff objects to the

21  Magistrate Judge's  recommendation to affirm in respect to three issues raised in Plaintiff's action.  The

22  Commissioner has not filed an objection.

23       Plaintiff objects to the recommendation that the ALJ's credibility finding be affirmed.  Plaintiff

24  asserts that an affirmance would be premature and improper as the medical evidence is to be re-evaluated

25  on remand and the ALJ's credibility finding was intertwined with his analysis of the medical evidence.  The

26  Court disagrees.  As detailed by the Magistrate Judge, the ALJ's determination is supported by substantial

27  evidence.

28       Plaintiff objects to the Magistrate Judge's recommendation to affirm the ALJ's evaluation of the

ORDER
Page - 1

examining psychiatrist Dr. Biebuyck. The Court is not persuaded by Plaintiff's argument. As noted by the Magistrate Judge, although Dr. Biebuyck's report obtained objective findings in the form of a mental status examination, these objective findings did not support the ultimate conclusion reached by Dr. Biebuyck regarding Plaintiff's ability to work. This is a valid basis for rejecting the medical opinion.

Finally, Plaintiff objects to the recommendation to affirm the ALJ's evaluation of Dr. Brzezinski-Stein's opinions. Plaintiff asserts that these opinions were improperly discounted due to being solicited by Plaintiff's counsel. The Court rejects this argument, as this was but one factor taken into consideration in discounting the opinion of Dr. Brzezinski-Stein. The Magistrate Judge acknowledged that the medical opinions may not be discounted solely on the basis they were solicited by Plaintiff. An additional factor supporting rejection of the medical opinion was the lack of an objective medical basis for the opinions.

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The ALJ erred in his decision as described in the report;

(3) The matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings; and

(4) The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 7th day of April, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE