# United States District Court

WESTERN DISTRICT OF WASHINGTON

REBEKAH A. LONG

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5211FDB

\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

     Plaintiff's motion to an award of costs and attorney's fees (Dkt. #20) is **GRANTED**.  Expenses in the amount of $59.92, costs in the amount of $19.25, and attorney's fees in the amount of $5,726.22 are awarded to Plaintiff's counsel, Robert A. Friedman, for a total award of $5,805.39.

| July 28, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

        *s/Caroline M. Gonzalez*
        Deputy Clerk