# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| REBEKAH A. LONG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant. | NO: C07-5211 FDB<br><br>ORDER FOR PAYMENT OF ATTORNEY'S FEES UNDER 42 U.S.C. § 406 (b) |

This matter coming on regularly before the undersigned upon the motion of the Plaintiff for an order awarding attorney's fees pursuant to 42 U.S.C. § 406(b), the Defendant stating he has no objection to said request, and the Court having fully considered the pleadings filed in support of such request and deeming itself fully advised, now therefore it is

**ORDERED** that counsel for the Plaintiff shall be awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of $15,278.00. Plaintiff's counsel, Robert Friedman, is directed to pay Plaintiff the amount of $5,726.22, the attorney's fees the Defendant paid Mr. Friedman pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

Dated this 28th day of October 2009.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　FRANKLIN D. BURGESS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE