# United States District Court

WESTERN DISTRICT OF WASHINGTON

REBEKAH A. LONG,
        Plaintiff,                                JUDGMENT IN A CIVIL CASE
    v.

MICHAEL J. ASTRUE,                          CASE NUMBER: C07-5211FDB
Commissioner of Social Security
 Administration,

        Defendant,

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED


That counsel for the Plaintiff shall be awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of $15,278.00. Plaintiff's counsel, Robert Friedman, is directed to pay Plaintiff the amount of $5,726.22, the attorney's fees the Defendant paid Mr. Friedman pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.


October 29, 2009                                           BRUCE RIFKIN
                                                                          Clerk

                                                                  /s/ Pat LeFrois
                                                                      Deputy Clerk